UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kevin Coyle

    v.                    Civil No. 12-cv-332-JD

New Times Moving, Inc.
d/b/a Statewide Relocation

O R D E R

On December 3, 2012, a preliminary pretrial conference was held in this case. Attorney David Gottesman appeared for plaintiff; Attorney William Staar appeared for defendant. The court approves the Proposed Discovery Plan (document no. 11) with the following amendments:

    Motions for Summary Judgment due August 1, 2013.

    Trial scheduled for two-week period beginning December 10, 2013.

    The parties concurred with respect to each of the aforementioned amendments.

    SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

December 3, 2012

cc:  David M. Gottesman, Esq.
     Lawrence F. Boyle, Esq.
     William A. Staar, Esq.